IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHERYL AMODEI-MASCARA )<br>          Plaintiff,       )<br>                              )<br>     v.                      )   Civil Action No. 04-174<br>                              )<br>PENNSYLVANIA STATE POLICE,    )<br>PAUL EVANKO, ROGER WATERS, and )<br>RICHARD SETHMAN,              )<br>          Defendants.        ) | |

## O R D E R

Plaintiff has filed a Motion to Preclude Ex Parte Interviews. In doing so, plaintiff has failed to provide any legal basis for granting this motion.

Therefore, this 26th day of April, 2007, IT IS HEREBY ORDERED that plaintiff's MOTION TO PRECLUDE EX PARTE INTERVIEWS [document #56] is DENIED.

BY THE COURT:

_____, J.

cc:   All Counsel of Record