## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHERYL AMODEI-MASCARA, | ) |
| Plaintiff, | ) CA 04-174 |
| v. | ) JUDGE GARY L. LANCASTER |
| PENNSYLVANIA STATE POLICE, ET AL., | ) |
| Defendants. | ) |

### ORDER

AND NOW, this 21st day of Aug, 2007 it is hereby ORDERED that Plaintiff is granted leave to supplement her Pretrial Statement by adding the Determination of the U.S. Equal Employment Opportunity Commission at Charge No. 172-2005-01495 to her Exhibit List and the name of Sgt. Sally Clawson to her witness list.

BY THE COURT:

/s/ Lancaster, J.