# IN THE UNITED STATES DISTRICT COURT,
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CHERYL AMODEI-MASCARA, )
)
Plaintiff, )
)
v. ) Civil Action No. 04-174
) Judge Gary L. Lancaster
PENNSYLVANIA STATE POLICE, )
PAUL EVANKO, ROGER WATERS, )
and RICHARD SETHMAN, )
)
Defendants. )

## ORDER

AND NOW, upon consideration of defendants' Motion to Supplement Pretrial Statement, it is hereby ORDERED that said Motion is GRANTED. Defendants may supplement their Pretrial Statement by adding the 2005 Sergeant to Lieutenant Promotion List to their Exhibit List.

_____
UNITED STATES DISTRICT JUDGE

DATED: 8-30-07